**Opinion filed April 3, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00247-CV
_____

## TIMOTHY GARRETT LANE AND
## CHOAT ENTERPRISES, INC., Appellants

## V.

## SILVERIO MARTINEZ, II AND DIANA MARTINEZ,
## INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE
## OF SILVERIO MARTINEZ, III, DECEASED, Appellees

_____

## NORMA JIMENEZ, Appellant

## V.

## TIMOTHY GARRETT LANE AND
## CHOAT ENTERPRISES, INC., Appellees

### On Appeal from the 70th District Court
### Ector County, Texas
### Trial Court Cause No. A-133,142

# MEMORANDUM OPINION

Appellant Norma Jimenez has filed in this court a motion to dismiss her appeal. In the motion, Jimenez states that she "no longer wishes to pursue her appeal," and she requests that this court "dismiss the case as to her only." Therefore, in accordance with Jimenez's request, we dismiss the portion of this appeal filed by Jimenez. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and this appeal is dismissed in part. The appeal filed by Appellants Timothy Garrett Lane and Choat Enterprises, Inc. remains active.

PER CURIAM

April 3, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.